UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:  
WINDY D LYONS

CASE NO. 17-04369  
CHAPTER 13  
JUDGE Hon. Scott W Dales

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor has completed all payments under the plan:

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5), the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

### MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | **PROSPERITY INVESTMENT FUND LLC / MADISON MGMT SVCS LLC** |
| Court Claim Number: | **004**    UCI: |
| Account No.: | 4300/3527/9160005898 - 10 |
| Property Address if available: | 1014 PRINCE ST SE |

### FINAL CURE AMOUNT

| | |
|---|---|
| Pre-petition Arrearage as allowed: | $602.26 |
| Pre-petition Amount paid by the Trustee: | $602.26 |
| Amount of Total Post-petition FRBP 3002.1(c) filings: | $0.00 |
| Amount of Post-petition FRBP 3002.1(c) paid by the Trustee: | $0.00 |
| Total Disbursements by Trustee: | $602.26 |

### POST PETITION MORTGAGE PAYMENT

| | |
|---|---|
| ___ Mortgage is paid thru the Trustee conduit. | XX Mortgage is paid direct by the Debtor. |
| Current Monthly Mortgage Payment: $286.79 | Next post-petition payment due: JUNE 2019<br> If known, Principal Balance Outstanding: |
| **To the extent that the Debtor is not current as of the date of this Notice, the creditor should file a Response indicating same.** | |

## YOUR RESPONSE IS REQUIRED BY F.R.B.P Rule 3002.1(g)

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the creditor. Payment history may be categorized into pre-petition payments, ongoing post-petition payments and supplemental post-petition payments.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: May 2, 2019                             Respectfully Submitted:

/s/ Brett N. Rodgers, Trustee
Brett N. Rodgers
Chapter 13 Trustee
99 Monroe Ave NW, STE 601
Grand Rapids, MI 49503
(616) 454-9638

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail
address registered with the Court on this 2   day of May, 2019.

**By ECF to the U.S. Trustee and the Debtor Attorney:**
Debtor Attorney: KELLER & ALMASSIAN PLC
Creditor Attorney: By Notice of Appearance Only

**By U.S. Mail as follows:**

Debtor:
WINDY D LYONS
1014 PRINCE STREET SE
GRAND RAPIDS, MI   49507

Creditor:
PROSPERITY INVESTMENT FUND LLC
MADISON MANAGEMENT SERVICES LLC
400 MORRIS AVE  SUITE 222
DENVILLE, NJ   07834-

Creditor Noticing Address:
FIGURE 8 ASSETS LLC / MADISON MANAGEMENT SERVICES LLC
400 MORRIS AVE, SUITE 222
DENVILLE, NJ   07834


Date:   May 2, 2019                             /s/ NANCY L. SCHULTZ
                                                Office of Brett N. Rodgers
                                                Chapter 13 Trustee
                                                99 Monroe Ave NW, STE 601
                                                Grand Rapids, MI 49503